**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Case No.: 3:26-cv-00293-RDM |
| Plaintiff, | |
| v. | |
| PORCH.COM, INC., | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Sarah M. Czypinski, Esquire of the law firm of Houston Harbaugh, P.C., on behalf of Defendant Porch.com, Inc., in connection with the above-captioned matter.

Respectfully submitted,

Houston Harbaugh, P.C.

Date: April 10, 2026                By: */s/Sarah M. Czypinski*
                                    Sarah M. Czypinski
                                    PA I.D. 321029
                                    czypinskism@hh-law.com
                                    401 Liberty Avenue, 22nd Floor
                                    Three Gateway Center
                                    Pittsburgh, PA  15222
                                    (412) 281-5060
                                    *Counsel for Defendant Porch.com, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance was served on all counsel of

record on April 10, 2026, via the Court's Case Management/Electronic Case Filing system.


By: */s/Sarah M. Czypinski*
      Sarah M. Czypinski, Esquire

4928-5026-6012, v. 1