**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Case No.: 3:26-cv-00293-RDM |
| Plaintiff, | |
| v. | |
| PORCH.COM, INC., | |
| Defendant. | |

### RULE 7.1 DISCLOSURE STATEMENT OF PORCH.COM, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Defendant Porch.com, Inc., in the above captioned action certifies that Porch.com, Inc. is wholly owned by Porch Group Inc., a publicly traded company.

Respectfully submitted,

Houston Harbaugh, P.C.

Date: April 10, 2026        By: */s/Sarah M. Czypinski*
                    Sarah M. Czypinski
                    PA I.D. 321029
                    czypinskism@hh-law.com
                    401 Liberty Avenue, 22nd Floor
                    Three Gateway Center
                    Pittsburgh, PA  15222
                    (412) 281-5060
                    *Counsel for Defendant Porch.com, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Disclosure Statement was served on all counsel of record on April 10, 2026, via the Court's Case Management/Electronic Case Filing system.

By: */s/Sarah M. Czypinski*
Sarah M. Czypinski, Esquire

4916-3219-6767, v. 1