## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

v.

PORCH.COM, INC.,

        Defendant.

Civil Action No.: 3:26-cv-00293-RDM

## **DEFENDANT PORCH.COM'S MOTION TO DISMISS**

Defendant, Porch.com, by and through its counsel, Houston Harbaugh, P.C., hereby moves to dismiss the Complaint filed by Plaintiff Joseph Friel pursuant to Federal Rule of Civil Procedure 12(b)(6).

1.    The Complaint brings two claims against Porch.com under the Telephone Consumer Protection Act ("TCPA").

2.    As Count 1, Plaintiff brings a claim for statutory violations of the TCPA, 47 U.S.C. § 227(b), on behalf of himself and the "Robocall Class," averring that Porch.com "violated the TCPA by sending or causing to be sent calls . . . using pre-recorded messages without their prior express written consent." ECF No. 1 ¶ 53.

3.    As Count 2, Plaintiff brings a claim under 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c) on behalf of himself and the "National Do Not Call

Registry Class," averring that Porch.com and/or its affiliates made telemarketing calls to numbers listed on the National Do Not Call Registry. Id. ¶ 58.

4.    Plaintiff seeks both injunctive relief and monetary damages.

5.    Both counts fail as a matter of law and must be dismissed.

6.    First, Plaintiff has not plausibly alleged that Porch.com initiated or directed to be made the calls at issue.

7.    Second, Count 2 independently fails, because Plaintiff has not alleged that he personally registered his telephone number on the National Do Not Call Registry.

8.    For these reasons, and those set forth in the accompanying brief in support of this motion to dismiss, which is incorporated by reference herein, Porch.com respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: April 13, 2026

Respectfully submitted,

HOUSTON HARBAUGH, P.C.

By: /s/Sarah M. Czypinski
Sarah M. Czypinski, PA I.D. 321029
czypinskism@hh-law.com
401 Liberty Avenue, 22nd Floor
Three Gateway Center
Pittsburgh, PA  15222

*Counsel for Defendant, Porch.com, Inc.*

2

4935-2583-8237, v. 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion to Dismiss was served on all counsel of record on April 13, 2026, via the Court's Case Management/Electronic Case Filing system.

By: _/s/Sarah M. Czypinski_
Sarah M. Czypinski, Esquire