**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Civil Action No.: 3:26-cv-00293-RDM |
| Plaintiff, | |
| v. | |
| PORCH.COM, INC., | |
| Defendant. | |

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

The undersigned certifies that it sought concurrence in this Motion to Dismiss from counsel for Plaintiff, and that counsel for Plaintiff did not concur in this Motion to Dismiss.

Dated: April 13, 2026                    Respectfully submitted,

HOUSTON HARBAUGH, P.C.

By: */s/Sarah M. Czypinski*
Sarah M. Czypinski
PA I.D. 321029
czypinskism@hh-law.com
401 Liberty Avenue, 22nd Floor
Three Gateway Center
Pittsburgh, PA  15222
*Counsel for Defendant Porch.com, Inc.*