## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

PORCH.COM, INC.,

Defendant.

Civil Action No.: 3:26-cv-00293-RDM

## ORDER OF COURT

AND NOW on this _____ day of _____, 2026, upon consideration of the Motion to Dismiss Plaintiff's Complaint filed by Porch.com, it is hereby ORDERED that the motion is GRANTED. Plaintiff's Complaint is dismissed with prejudice.

BY THE COURT:

_____, J.