**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>PORCH.COM, INC.,<br><br>          Defendant. | Case No.: 3:26-cv-00293-RDM |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(C), Defendant Porch.com, Inc. respectfully submits this Motion to Withdraw Appearance of Sarah M. Czypinski in the above-captioned action and states as follows.

1.	Sarah M. Czypinski, Esq. ("Ms. Czypinski"), previously entered her appearance in this matter on behalf of Porch.com, Inc.

2.	Ms. Czypinski will no longer be employed by Houston Harbaugh, P.C. as of July 23, 2026.

3.	Accordingly, Ms. Czypinski should be permitted to withdraw her appearance as counsel of record for Porch.com, Inc. in this action.

4.	Porch.com, Inc. will continue to be represented by other counsel of record from Houston Harbaugh, P.C., who will enter their appearances in this matter today, July 22, 2026.

WHEREFORE, Porch.com, Inc. respectfully requests that this Honorable Court enter an Order permitting the withdrawal of Sarah M. Czypinski, Esq. as counsel of record and directing the Clerk of Court to terminate her CM/ECF appearance in this case.

Respectfully submitted,

Houston Harbaugh, P.C.

Date: July 22, 2026

By: /s/ Sarah M. Czypinski
Sarah Czypinski, Esquire
PA I.D. 321029
czypinskism@hh-law.com
401 Liberty Avenue, 22nd Floor
Three Gateway Center
Pittsburgh, PA  15222
(412) 281-5060
*Counsel for Defendant Porch.com, Inc.*

4911-7668-9599, v. 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance was served on all counsel of record on July 22, 2026, via the Court's Case Management/Electronic Case Filing system.

By: */s/ Sarah M. Czypinski*
Sarah Czypinski, Esquire