**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | Case No.: 3:26-cv-00293-RDM |
| Plaintiff, | |
| v. | |
| PORCH.COM, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Matthew J. Lautman, Esquire of the law firm of Houston Harbaugh, P.C., on behalf of Defendant Porch.com, Inc., in connection with the above-captioned matter.

Respectfully submitted,

Houston Harbaugh, P.C.

Date: July 22, 2026          By: /s/Matthew J. Lautman
                              Matthew J. Lautman
                              PA I.D. 90390
                              lautmanmj@hh-law.com
                              401 Liberty Avenue, 22nd Floor
                              Three Gateway Center
                              Pittsburgh, PA  15222
                              (412) 281-5060
                              *Counsel for Defendant Porch.com, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance was served on all counsel of

record on July 22, 2026, via the Court's Case Management/Electronic Case Filing system.


By: */s/ Matthew J. Lautmam*
Matthew J. Lautman, Esquire

4927-4981-5743, v. 1