## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

v.

PORCH.COM, INC.,

        Defendant.

Case No.: 3:26-cv-00293-RDM

## ORDER

AND NOW, this _23rd_ day of _July_, 2026, upon consideration of Defendant's Motion to Withdraw Appearance., it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the appearance of Sarah M. Czypinski, Esq. is WITHDRAWN, and the Clerk of Court is directed to terminate her appearance from the CM/ECF docket in this matter.

BY THE COURT:

_Karoline Mehalchick_