### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT    :    3:26-CV-00293

### PETITION

    I, Shelly R. Pagac, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:
        Houston Harbaugh, P.C.
        Three Gateway Center, 22nd Floor
        Pittsburgh, PA 15222

        Office Telephone:   (412) 288-2264

    I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of of Pennsylvania – 1991; Supreme Court of Illinois – 1988; United States District Court for the Western District of Pennsylvania – 1991; United States District Court for the Eastern District of Pennsylvania – 2004

My attorney Identification number is: PA No. 63327

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT *Karoline Mehalchick* Date: 8/3/26

---